UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON ALLEN, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-543-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. Plaintiff's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 23] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 4, 2019, and Copies To:**
Jonathan Blair Biser                                           (via CM/ECF electronic notification)
Amanda B. Gilman                                         (via CM/ECF electronic notification)

DATE:                                            PETER A. MOORE, JR., CLERK
February 4, 2019                             (By) /s/ Nicole Sellers
                                                          Deputy Clerk